E-FILED
Wednesday, 24 February, 2010  04:56:23 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



FILED

FEB 24 2010

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*Howard E. Shoultz Sr.*

*505 E. Summitt*

*Normal Ill 61761*

_____
Plaintiff(s)

vs.

Case No:  *10 - 1046*

*Illinois State University*

*208 Hovey Hall,*

*Campus Box 1010,*

*Normal Ill 61761*

_____

_____
Defendant(s)

FILED

FEB 24 2010

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PRO SE COMPLAINT AGAINST EMPLOYMENT DISCRIMINATION, UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. §§ 2000e-5

I.    PREVIOUS PROCEEDINGS BEFORE THE EQUAL EMPLOYMENT
      OPPORTUNITIES COMMISSION (EEOC)

   A.   Have you filed a charge before the federal Equal Employment
Opportunities Commission (EEOC) relating to this claim of employment
discrimination?

   (  )  YES

   (X)  NO

   B.   If your answer is YES, describe the EEOC proceeding:

    1.   Parties to the previous EEOC proceeding:

       Petitioner (s) _____

          _____

          _____

Page 2

Respondent (s) _____

_____

_____

2. Location of EEOC office that handled your charge *500 WEST MAdisoN ST.*
*SuiTE 2000 Chicago ILL 60661* _____

3. Docket or case number of your charge: *440 - 2008 - 05460*

4. Disposition (what was the final result of your charge): *WAS*
*giVEN The RighT To Sue* _____

_____

_____

_____

5. Has EEOC written you a right-to-sue letter (telling you that you have
the right to sue in a United States District Court if you are dissatisfied
with the disposition of your charge)?

(X) YES

( ) NO

6. Date of filing charge before EEOC: _____

7. Date of disposition by EEOC: *JAN 4, 2010* _____

C. Attach copies of all documents you possess relating to
the EEOC proceeding, ESPECIALLY YOUR RIGHT-TO-SUE LETTER.

II.   PREVIOUS LOCAL, STATE OR FEDERAL PROCEEDINGS OTHER THAN EEOC

A. Have you begun other legal proceedings before state or local courts or agencies, or a
federal court (but NOT the EEOC) relating to your claim of employment discrimination?

( ) YES

(X) NO

2

Page 3

B.   If your answer is YES, describe each legal proceeding:

1.  Parties to the previous legal proceeding:
Plaintiff(s) or petitioner(s) _____

_____

_____

Defendant(s) or respondent(s) _____

_____

_____

2.   Name of court or agency: _____

_____

_____

3.   Docket or case number: _____

4.   Name of the judge or hearing officer: _____

_____

5.   Disposition (for example: Was the case dismissed?
Who won?  Was there an appeal?  Is the appeal pending
or final? _____

_____

_____

_____

_____

6.  Date of beginning previous proceeding:_____

7.  Date of disposition of proceeding:_____

NOTE:  If there was more than one previous legal proceeding, excluding an EEOC
proceeding, describe them on separate sheets of paper.  Follow the outline above, label
the sheets clearly, and attach them to this pro se complaint.

Page 4

    C.     Have you attached separate sheets regarding previous state, local or federal legal proceedings (other than EEOC)?

        ( ) YES

        (X) NO

III.    **PARTIES TO YOUR PRO SE COMPLAINT OF EMPLOYMENT DISCRIMINATION**

    A.    Plaintiff(s)

        1. Your full name _____

        _____

        2. Your address _____

        _____

        3. Names and addresses of other plaintiffs, if any
(You should name other plaintiffs only if they were petitioners with you in a previous EEOC proceeding, or else if EEOC began a previous proceeding on behalf of you and them): _____

        _____

        _____

        _____

        (Use a separate sheet if necessary; label it clearly if so)

    B.    Have you attached a separate sheet naming other plaintiffs?

        ( ) YES

        (X) NO

    C.    Defendant (s) (You should name here the first-named respondent, or else its successor, in the previous EEOC proceeding brought by you or on your behalf):

        1. Full name (individual or firm): _____

        _____

Page 5

2. Business address: _____

_____

3. Job position (if individual) _____

_____

4. Status as an entity (if defendant is a business firm):

( ) Corporation

( ) Partnership

( ) Sole Proprietorship

( ) Other _____

(If you do not know this information, and you cannot find out by reasonable means, ask the defendant for it.  If the defendant will not tell you, leave this section blank.)

5. Names, business addresses, and job position or entity status of other defendants, if any (you should name additional defendants only if they were named as respondents in a previous EEOC proceeding brought by you or on your behalf): _____

_____

_____

_____

_____

(Use a separate sheet if necessary; label it clearly if so)

D.     Have you attached a separate sheet naming other defendants?

( )  YES

(X)  NO

Page 6

IV.    STATEMENT OF YOUR CLAIM OF EMPLOYMENT DISCRIMINATION

A.  Were you:
      (   ) Not hired?
      (   ) Discharged?
      (   ) Suspended?
      (   ) Demoted?
      (   ) Denied Promotion?
      (   ) Denied Wage Increases?
      (   ) Other (please specify)  *DENIED A LATERAL*

*MOVE*

B.     State here as briefly, concisely and clearly as possible the essential facts of your claim.  Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  Include precisely how each defendant in this action is involved.  Include the names of other persons involved who are not defendants; give dates and place.  Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal, and how it discriminated against you.  IT IS NOT NECESSARY TO MAKE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.  IN MOST CIRCUMSTANCES, THIS ONLY MAKES THE CLAIM OF A LAYMAN MORE DIFFICULT TO UNDERSTAND.  AS MUCH AS POSSIBLE, LET THE FACTS SPEAK FOR THEMSELVES.

*I Howard Shoultz Applied In mid December 2007 For A Lateral move to A Route Driver In The Printing Shop at Illinois State University I Had a Interview First Part Of Jan -2008 And Was Denied the Position On Jan 17 - 2008 And In FeB - 2008 Illinois State university Lateral moved An African American Younger man Who Didn't Even Apply . For The Lateral move as what was Required By me.*

DO NOT FEEL COMPELLED TO USE ALL THE SPACE.

6

Page 7

V.  RELIEF YOU REQUEST

Check below what you want the court to do for you.  You may make as many checks as you like.

( ) Should you prevail in this lawsuit, award you back pay.

( ) Should you prevail in this lawsuit, reinstate you in
your old position.

(X) Should you prevail in this lawsuit, award you certain
costs of suit (but not attorneys fees).

(X) Other  *WHAT TO BE COMPENSATED FOR RETALIATION OF MY FAMILY WHEN CHARGES WAS FILED WITH EEOC. Complaint*

_____

VI.  JURY DEMAND

( ) YES                    ( ) NO

Signed this  2 4  day of  FeB  , 20 10 .

_____

_____
*Howard Shults*
(Signature of Plaintiff or Plaintiffs)

ADDRESS:  505 E Summitt
Normal, Ill
_____

PHONE NO.: 309-242-9946

7

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2008-05460 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Howard E. Shoultz** | **(309) 242-9946** | **04-11-1949** |

| Street Address | City, State and ZIP Code |
|---|---|
| **505 East Summit, Normal, IL 61761** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **ILLINOIS STATE UNIVERSITY** | **500 or More** | **(309) 438-8999** |

| Street Address | City, State and ZIP Code |
|---|---|
| **208 Hovey Hall, Campus Box 1010, Normal, IL 61761** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **02-01-2007** | **06-12-2008** |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by the Respondent in March 1991. I am currently employed as a Route Driver. During my employment, I have been subjected to different terms and conditions of employment.

I believe that I have been discriminated against because of my race, White, in violation of Title VII of the Civil Rights Act of 1964, as amended, and because of my age, 59 (d.o.b.: 4/1//1949), in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| ✗ _____ ✗ _____<br>Date  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

# AGREEMENT TO MEDIATE

CHARGE NUMBER: 440-2008-05460

Charging Party: Howard E. Schultz          Respondent: Illinois State University

This is an agreement by the parties to participate in mediation in the above referenced charge. The parties understand that mediation is a voluntary process, which may be terminated at any time.

The parties and, if they desire, their representatives and/or attorneys, are invited to attend a mediation session. No one else may attend without the permission of the parties and the consent of the mediator(s).

The mediator(s) will not function as the representative of either party. However, the mediator(s) may assist the parties in crafting a settlement agreement. Each party acknowledges being advised to seek independent legal review prior to signing any settlement agreement.

The parties acknowledge that they have received a copy of the Mediation Fact Sheet.

The parties acknowledge that the mediator(s) possesses the discretion to terminate the mediation at any time if an impasse occurs or either party or the mediator deems the case inappropriate for mediation.

The parties acknowledge that participation in the scheduled mediation does not constitute an admission by either party of any wrongdoing or of a violation of the laws enforced by the EEOC. Furthermore, the Charging Party acknowledges that participation in the scheduled mediation by the Respondent does not commit the Respondent to providing a monetary resolution of the matter.

The parties recognize that mediation is a confidential process and agree to abide by the terms of the attached Confidentiality Agreement. The parties acknowledge that if a settlement is reached as a result of the mediation, the assigned mediator(s) is required to report to EEOC any benefits received. This information is reported only for purposes of providing aggregate data to the EEOC for mediation program evaluation purposes, and the individual terms of the agreement will not be disclosed to the public.

_____          _____

Charging Party            Date                Respondent                Date


_____          _____

Charging Party Representative     Date        Respondent's Representative     Date



**U.S. Equal Employment Opportunity Commission**
**Chicago District Office**

500 West Madison St
Suite 2800
Chicago, IL 60661
(312) 353-2714
TTY (312) 353-2421
FAX (312) 353-4041

June 12, 2008

Howard E. Shoultz
505 East Summitt
Normal, IL 61761

Respondent: ILLINOIS STATE UNIVERSITY
EEOC Charge No.: 440-2008-05460

Dear Mr. Shoultz:

This is with reference to your recent inquiry (an office visit, phone call, or correspondence) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to one or more of the following laws:

[X]     Title VII of the Civil Rights Act of 1964 (Title VII)

[X]     The Age Discrimination in Employment Act (ADEA)

[ ]     The Americans with Disabilities Act (ADA)

[ ]     The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, was drafted as a result of the information provided. To enable proper handling of this action by the Commission you should:

(1) Review the enclosed charge form and make corrections.

(2) Sign and date the charge in the bottom left hand block where I have made an "X". The date of signature on the charge will not affect the jurisdiction date established in any original written complaint previously given to EEOC.

(3) Return the signed charge to this office.

Since charges should be processed within the time limits imposed by law, <u>please complete these steps as soon as possible</u>. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

[X]     Please be aware that the EEOC will send a copy of the charge to the agency listed below as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

Illinois Department Of Human Rights
100 West Randolph Street
Floor 10-100
Chicago, IL 60601

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Sincerely,

Don Marvin
Investigator
(312) 353-8198

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s)
Copy of EEOC Form 5, Charge of Discrimination

1:10-cv-01046-JBM-JAG   # 1   Page 12 of 23
Mediation Confirmation - Sept. 8th - Inbox - Yahoo! Mail

Page 1 of 1

Yahoo!    My Yahoo!    Mail    More        Make Y! My Home Page      Hi, harleyhowie49        Sign Out    All-New Mail
Help

 **MAIL** Classic          Search           WEB SEARCH



SAVE UP TO $472
on car insurance.
It's smarter under the red umbrella.        GET A Q

| Mail | Contacts | Calendar | Notepad |          What's New?   Mobile Mail   Options

Check Mail    Compose                                          Search Mail    Search the Web

HOT DEALS on              Previous | Next | Back to Messages          Mark as Unread |   Print
Yahoo! Shopping
                          Delete    Reply ▾    Forward    Spam    Move... ▾

**Folders**    [Add - Edit]      **Mediation Confirmation - Sept. 8th**    Thursday, August 21, 2008 2:46 PM

**Inbox (1)**                    From:   "elizabethcsimon@comcast.net"
                                        <elizabethcsimon@comcast.net>
Drafts
                          To:   harleyhowie49@yahoo.com
Sent

**Spam (1)**    [Empty]      Attached is a letter confirming our mediation for Sept. 8th at 9:30 am.  The
                            mediation will be held on the 3rd floor of the Bone Center at ISU.  I look
Trash    [Empty]            forward to seeing you. Please call me if you have any questions.

**Search Shortcuts**        Elizabeth Simon
                            708-205-7503
My Photos

My Attachments
                          Delete    Reply ▾    Forward    Spam    Move... ▾

ADVERTISEMENT          Previous | Next | Back to Message   Select Message Encoding          | Full Header


NETFLIX

Check Mail    Compose                              Search Mail    Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy



**U.S. Department of Justice**

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5055 4125

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4239*
*Washington, DC 20530*

December 28, 2009

Mr. Howard E. Shoultz
505 East Summit
Normal, IL  61761

Re:  EEOC Charge Against Illinois State University
     No. 440200805460

Dear Mr. Shoultz:

Because you filed the above charge with the Equal Employment
Opportunity Commission, and more than 180 days have elapsed since the date
the Commission assumed jurisdiction over the charge, and no suit based
thereon has been filed by this Department, and because you have
specifically requested this Notice, you are hereby notified that you have
the right to institute a civil action under Title VII of the Civil Rights
Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named
respondent.

If you choose to commence a civil action, such suit must be filed in
the appropriate Court within 90 days of your receipt of this Notice.  If
you cannot afford or are unable to retain an attorney to represent you,
the Court may, at its discretion, assist you in obtaining an attorney.  If
you plan to ask the Court to help you find an attorney, you must make this
request of the Court in the form and manner it requires.  Your request to
the Court should be made well before the end of the time period mentioned
above.  A request for representation does not relieve you of the
obligation to file suit within this 90-day period.

The investigative file pertaining to your case is located in the EEOC
Chicago District Office, Chicago, IL.

This Notice should not be taken to mean that the Department of
Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Thomas E. Perez
Assistant Attorney General
Civil Rights Division

by  *Karen S. Ferguson*
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Chicago District Office, EEOC
    Illinois State University

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:  Howard E. Shoultz
505 East Summitt
Normal, IL 61761

From:  Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

☐ *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2008-05460 | Grace Swierczek,<br>Investigator | (312) 353-7323 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA): This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐  More than 180 days have passed since the filing of this charge.

☐  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☐  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☒  The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

John P. Rowe,
District Director

DEC 2 8 2009

*(Date Mailed)*

Enclosures(s)

cc:

ILLINOIS STATE UNIVERSITY



**U.S. Equal Employment Opportunity Commission**
**Chicago District Office**

500 West Madison St
Suite 2800
Chicago, IL 60661
(312) 353-2714
TTY (312) 353-2421
FAX (312) 353-4041

June 12, 2008

Howard E. Shoultz
505 East Summitt
Normal, IL 61761

Respondent: ILLINOIS STATE UNIVERSITY
EEOC Charge No.: 440-2008-05460

Dear Mr. Shoultz:

This is with reference to your recent inquiry (an office visit, phone call, or correspondence) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to one or more of the following laws:

[X]  Title VII of the Civil Rights Act of 1964 (Title VII)

[X]  The Age Discrimination in Employment Act (ADEA)

[ ]  The Americans with Disabilities Act (ADA)

[ ]  The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, was drafted as a result of the information provided. To enable proper handling of this action by the Commission you should:

(1) Review the enclosed charge form and make corrections.

(2) Sign and date the charge in the bottom left hand block where I have made an "X". The date of signature on the charge will not affect the jurisdiction date established in any original written complaint previously given to EEOC.

(3) Return the signed charge to this office.

Since charges should be processed within the time limits imposed by law, <u>please complete these steps as soon as possible</u>. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

[X]    Please be aware that the EEOC will send a copy of the charge to the agency listed below as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

Illinois Department Of Human Rights
100 West Randolph Street
Floor 10-100
Chicago, IL 60601

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Sincerely,

Don Marvin
Investigator
(312) 353-8198

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s)
Copy of EEOC Form 5, Charge of Discrimination

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 440-2008-05460 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Howard E. Shoultz** | **(309) 242-9946** | **04-11-1949** |

| Street Address | City, State and ZIP Code |
|---|---|
| **505 East Summitt, Normal, IL 61761** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **ILLINOIS STATE UNIVERSITY** | **500 or More** | **(309) 438-8999** |

| Street Address | City, State and ZIP Code |
|---|---|
| **208 Hovey Hall,  Campus Box 1010,  Normal, IL 61761** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **02-01-2007** | **06-12-2008** |

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the Respondent in March ~~1991~~ *2001*. I am currently employed as a Route Driver. During my employment, I have been subjected to different terms and conditions of employment.

I believe that I have been discriminated against because of my race, White, in violation of Title VII of the Civil Rights Act of 1964, as amended, and because of my age, 59 (d.o.b.: ~~4/11/1949~~), in violation of the Age Discrimination in Employment Act of 1967, as amended.    *4/11/1949*

RECEIVED EEOC

JUN 1 9 2008

CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| X 6-16-08  X *Howard E Shoultz*  Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

U.S. DEPARTMENT OF JUSTICE NOTICE OF REQUEST FOR
NOTICE OF RIGHT TO SUE
(The attached charge involves state/local government or political subdivisions, including public educational institutions.)

| TO: Ms. Karen Ferguson, Civil Rights Analyst<br>Employment Litigation Section<br>Civil Rights Division<br>U. S. Department of Justice<br>10th & Constitution Avenue. N.W.<br>Patrick Henry Building, Room 4239<br>Washington, D.C. 20530 | FROM:<br>Equal Employment Opportunity Commission<br>Chicago District Office<br>500 West Madison Street, Suite 2800<br>Chicago, Illinois 60661-2511 |
|---|---|

### NOTICE OF RIGHT TO SUE TO BE ISSUED BASED ON THE INFORMATION PROVIDED BELOW

| NAME/ADDRESS OF CHARGING PARTY TO WHOM NOTICE IS TO BE **ADDRESSED**:<br><br>Howard Schoultz<br>505 E Summit<br>Normal, IL 61761<br><br>[ ] Charging party has filed the charge on behalf of an aggrieved person whose identity is confidential (29 CFR 1601.7(a)). | IF CHARGE WAS THIRD PARTY CHARGE, NAME AND ADDRESS OF AGGRIEVED PERSON TO WHOM NOTICE IS TO BE **SENT**: |
|---|---|

NAME/ADDRESS OF RESPONDENT(S) AND EEOC CHARGE NUMBER(S)

| IL State University<br>208 Hovey Hall<br>Campus Box 1010<br>Normal, IL 61761 | Howard Schoultz v. IL State University<br>440-2008-05460 |
|---|---|

ATTACHED IS A REQUEST FOR NOTICE OF RIGHT TO SUE FOR THE ABOVE CHARGE(S) AND OTHER ATTACHED DOCUMENTS AS INDICATED BELOW:

LETTER OF REQUEST FROM:

| [X] CHARGING PARTY DATED: | 11/29/2009 | [ ] ATTORNEY FOR CHARGING PARTY DATED: |
|---|---|---|

ATTACHMENTS: [X] ORIGINAL CHARGE        [ ] AMENDED     [ ] CAUSE DETERMINATION
                                                                    *(If issued)* DATED

THIS CHARGE WAS FILED        June 19, 2008

[ ] Less than 180 days have elapsed since the filing date. I certify that the Commission's processing of this charge will not be completed within 180 days from the date shown above.

[ ] Please indicate on the Notice of Right To Sue that the Commission will continue to process this charge.

| NAME AND TELEPHONE NUMBER OF CONTACT PERSON (Use FTS No.)<br>Grace Swierczek, Investigator (312) 353-7323. | DATE<br>12/10/2009 |
|---|---|
| TYPED NAME OF EEOC OFFICIAL<br>John P. Rowe, District Director | SIGNATURE<br>*John P. Rowe* |

FOR DEPARTMENT OF JUSTICE USE ONLY

| [ ] R'S | [ ] OMIT ATTY # | [ ] DCT | | [ ] FILE |
|---|---|---|---|---|

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |

REMARKS

If there are ADEA/EPA allegations in the charge, we have enclosed the Notice(s) of Right to Sue for them. These Notices have been signed by the Commission. Please date them and forward them to the respective parties at the same time as you forward those documents pertaining to the Notice of Right to Sue request under Title VII/ADA.

11/29/09

I am writing you in reference to EEOC charge number 440-2008-05460.  After speaking to you approximately two weeks ago I decided to request the right to sue Illinois State University.


Thank You

Howard E. Shoultz

RECEIVED EEOC

DEC 0 3 2009

CHICAGO DISTRICT OFFICE

ILLINOIS DEPARTMENT OF

# Human Rights

Rod R. Blagojevich, Governor
Rocco J. Claps, Director

**July 24, 2008**

Mr. Howard E. Shoultz
505 East Summitt
Normal, IL 61761

**Re: Shoultz v Illinois State Univesity, Control No.: <u>090723118</u>**

Dear Complainant:

The United States Equal Employment Opportunity Commission (EEOC) and the Illinois Department of Human Rights (Department) are parties to a cooperative agreement. Under this agreement, when you filed your charge of discrimination with the EEOC it was automatically filed with the Department. The Department is keeping a copy of your EEOC charge on file to preserve jurisdiction under Illinois law.

This letter is to inform you that you may proceed with your charge at the Department. **This does not affect the processing of your charge at EEOC.** If you wish to proceed with the Department, you must notify the Department in writing of your decision, either by mail or in person, within 35 days of receipt of this letter. **Please include the Control Number indicated above on the letter you send to the Department regarding this charge.**

**By Mail**: Your written decision should be sent via U.S. Postal certified mail, return receipt requested, to: IL Department of Human Rights, Attn: EEOC Referred Charges/Intake Unit, 100 W. Randolph St., Ste. 10-100, Chicago, IL 60601.

**In Person**: You must bring an original and one copy of your written decision. The Department will stamp the copies and one will be returned to you for your records.

You should also provide to the Department (Attn: EEOC Referred Charges/Intake Unit) a copy of the EEOC Determination and Findings as soon as you receive them from the EEOC. When the Department receives your documents, you will be mailed a letter containing additional information about your case.

Your failure to timely notify the Department of your decision will result in the Department closing your file. If you do not wish to proceed with the Department, you do not need to take any further action.

As stated above, this letter does not affect the processing of your charge at the EEOC, and does not apply to any settlement of this charge the parties have made with the EEOC. **If you have any questions regarding this process, please contact Thomas F. Roeser, Pre-Investigations Coordinator, at (312) 814-6295. Please do not contact the EEOC.** It is not necessary that Respondent take any action at this time.

THE DEPARTMENT OF HUMAN RIGHTS

**CC: Director of Human Resources**
**Illinois State University**
**208 Hovey Hall**
**Campus Box 1010**
**Normal, IL 61761**

Rev. 10/07



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
National Contact Center: (800) 669-4000
National Contact Center TTY: (800) 669-6820
Chicago Status Line: (866) 408-8075
Chicago Direct Dial: (312) 353-2714
TTY (312) 353-2421
FAX (312) 353-4041

September 17, 2008

Howard Schoultz
505 E Summit
Normal, IL 61761

Re: Howard Schoultz v. Illinois State University
EEOC Charge Number: 440-2008-05460

Dear Mr. Schoultz:

This is to confirm that the Equal Employment Opportunity Commission (EEOC) has received the Charge of Discrimination you recently filed, and has served that Charge on the organization against which you filed.

It is EEOC's responsibility to act as a neutral law enforcement agency, providing as thorough and professional an investigation of each Charge as is made possible by the resources given us by a yearly appropriation of public/taxpayers' funds. Regrettably, in recent years the number of charges filed with EEOC has increased dramatically, while the share of the federal budget allocated to EEOC has dwindled. Because of the Agency's limited resources, the Chicago District Office's investigators are handling an average of 250 cases per investigator.

To ensure that our limited resources are used in the most efficient manner possible to eliminate employment discrimination, our staff carefully evaluates each charge to determine the priority it will receive, both at the time of filing and while the charge is under investigation.

I have been assigned as the Investigator for your charge. During the investigation, you can be assured that I will contact you if we need additional information to advance the investigation. At this time, there is no need to contact me **unless** you wish to file an additional charge. I can be contacted for **urgent** matters at 312-353-7323 Monday through Friday between the hours of 9:00 am and 3:00 pm. If you need to get information to me regarding your case, please fax it to me at 312-886-1168 or mail the information to my attention at the above address or you can email at Grace.swierczek@eeoc.gov. When calling our office or sending information please refer to the Charge Number above.

Sincerely,

*Grace Swierczek*

Grace Swierczek
Investigator



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL  60661
EEOC National Toll Free:  (800) 669-4000
EEOC National TTY:  (800) 669-6820
Chicago Direct Dial:  (312) 353-2713
Chicago TTY:  (312) 353-2421
Administration Fax:  (312) 353-4041
Enforcement/File Disclosure Fax  (312) 886-1168
Federal Sector Fax:  (312) 886-5391
Legal Fax:  (312) 353-8555
Mediation Fax:  (312) 353-6676

September 16, 2008

Renee Smith, Esq.
University Legal Counsel
Illinois State University
208 Hovey Hall
Campus Box 1010
Normal, IL 61761

Re:     **Shoultz v. Illinois State University**
        EEOC #: 440-2008-05460

Dear Mr. Schoultz:

Please be advised that there has been an objection to mediation in the above-referenced Charge of Discrimination. The charge will now proceed to an enforcement unit for investigation.  The Respondent is required to submit a position statement on or before 30 days from the date of this letter.  Also submit copies of supporting documentation with the position statement.  Please disregard  the above request if the position statement has already been submitted.

If you have any questions please contact the Commission representative named on the "Notice of Discrimination" form which you should have received with the Charge.

Sincerely,

*John P. Rowe*

John P. Rowe
District Director

Grace  SWIERCZEK
312- 353 1323

cc:    Mr. Howard Schoultz
       505 East Summit
       Normal, IL 61761

Your Recent Interview with Illinois State University - Yahoo! Mail

1:10-cv-01046-JBM-JAG # 1    Page 23 of 23

Page 1 of 1



**Your Recent Interview with Illinois State University**

Thursday, January 17, 2008 10:45 AM

From: "recruiting@IllinoisState.edu" <recruiting@IllinoisState.edu>
To: undisclosed-recipients

Thank you for interviewing for the position of Route Driver, posting number 0700797.

We appreciate your interest in employment with Illinois State University.  However, we have selected another applicant whose background more closely matched the needs of the University.

Please continue to check our website for other employment opportunities.


Best Regards,

Human Resources
Illinois State University
www.IllinoisState.edu/jobs